PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Garcia, Gerald Orlando                                Cr.: 06-00603-001

Name of Sentencing Judicial Officer: Robert E. Coyle, Sr. USDJ, U.S. District Court, Eastern District of California

Date of Original Sentence: 01/20/04

Original Offense: Conspiracy to Commit Mail Fraud and Identity Theft

Original Sentence: 5 years probation, $75,626 in restitution (to be paid immediately), six months of community confinement, search and seizure, financial disclosure, the preclusion of new debt, drug/alcohol testing/treatment

Type of Supervision: Probation                        Date Supervision Commenced: 08/26/04

### PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows.

The offender will remit 10% of his gross income towards restitution.

### CAUSE

Based upon the offender's financial profile, the offender is unable to remit an "immediate" payment of restitution totaling $75,626. We submit he is able to make monthly payments of $112 which represents 10% of his gross income. The Probation Office will continue to monitor the offender's finances and direct the offender to increase restitution payments when his finances improve.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 11/15/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-29-06
Date