PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerald Orlando Garcia                                          Cr.:06-00603-001

Name of Sentencing Judicial Officer: Robert E. Coyle, Sr. USDJ, Eastern District of California (ED/CA)

Transfer of Jurisdiction to the District of New Jersey: 08/08/06

Name of Newly Assigned Judicial Officer: Joseph A. Greenaway, Jr., USDJ

Date of Original Sentence: 01/20/04

Original Offense: Conspiracy to Commit Mail Fraud and Identity Theft

Original Sentence: 5 years probation, $75,636 in restitution, $100 special assessment. Special conditions include 6 months community confinement; alcohol treatment; drug testing/treatment; no new debt; search and seizure; no dissipation of assets; financial disclosure.

Type of Supervision: Probation                           Date Supervision Commenced: 01/20/04

Assistant U.S. Attorney: Justin Arnold                   Defense Attorney: K. Anthony Thomas, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $75,636 to Employment Development Department Cashiering; it shall be paid in the following manner: 10% of the gross monthly income.**'

                     Since the commencement of supervision on January 20, 2004, the offender has made a total payment of $121.50 toward restitution.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 01/25/08

PROB 12C - Page 2
Gerald Orlando Garcia

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: February 27, 2008 at 10:00 am.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2-7-08
_____
Date